Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-198-257**

**Effective Date of Registration:**
February 24, 2020

**Registration Decision Date:**
April 01, 2020

---

### Title

        **Title of Work:** Morning Fox

### Completion/Publication

    **Year of Completion:** 2018
  **Date of 1st Publication:** July 14, 2018
**Nation of 1st Publication:** United States

### Author

          **Author:** Holly Denise Simental
     **Author Created:** 2-D artwork
  **Work made for hire:** No
        **Citizen of:** United States
      **Domiciled in:** United States
        **Year Born:** 1976

### Copyright Claimant

  **Copyright Claimant:** Holly Denise Simental
      14240 Chamy Dr, Reno, NV, 89521, United States

### Rights and Permissions

           **Name:** Holly Denise Simental
           **Email:** mamakikis.etsy.com@gmail.com

### Certification

           **Name:** Holly Denise Simental
            **Date:** February 24, 2020



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-220-985**

**Effective Date of Registration:**
August 15, 2020

**Registration Decision Date:**
October 29, 2020



## Title

Title of Work: Llama Latte

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: May 24, 2020
Nation of 1st Publication: United States

## Author

- Author: Holly Denise Simental
  Author Created: 2-D artwork
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1976

## Copyright Claimant

Copyright Claimant: Holly Denise Simental
14240 Chamy Dr, Reno, NV, 89521, United States

## Rights and Permissions

Name: Holly Denise Simental
Email: mamakikis.etsy.com@gmail.com
Telephone: (775)544-7311
Address: 14240 Chamy Dr
Reno, NV 89521 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-287-940**
**Effective Date of Registration:**
January 19, 2022
**Registration Decision Date:**
February 23, 2022

## Title

Title of Work: Lounge In The Sun

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: January 04, 2019
Nation of 1st Publication: United States

## Author

- Author: Holly Denise Simental
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Holly Denise Simental
14240 Chamy Dr, Reno, NV, 89521, United States

## Rights and Permissions

Name: Holly Denise Simental
Email: mamakikis.etsy.com@gmail.com
Telephone: (775)544-7311
Address: 14240 Chamy Dr
Reno, NV 89521 United States

## Certification

Name: Holly Denise Simental
Date: January 19, 2022

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VAu 1-452-379**

**Effective Date of Registration:**
November 19, 2021
**Registration Decision Date:**
January 03, 2022

---

**Title** _____

        Title of Work:   Top of the Morning

**Completion/Publication** _____

        Year of Completion:   2021

**Author** _____

-         Author:   Holly Denise Simental
      Author Created:   2-D artwork
        Citizen of:   United States
      Domiciled in:   United States
        Year Born:   1976

**Copyright Claimant** _____

    Copyright Claimant:   Holly Denise Simental
                            14240 Chamy Dr, Reno, NV, 89521, United States

**Rights and Permissions** _____

          Name:   Holly Denise Simental
          Email:   mamakikis.etsy.com@gmail.com
     Telephone:   (775)544-7311
       Address:   14240 Chamy Dr
                       Reno, NV 89521 United States

**Certification** _____

          Name:   Holly Simental
           Date:   November 19, 2021

