**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HOLLY DENISE SIMENTAL,

    Plaintiff,                                        Case No.: 1:26-cv-01829

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | American Standard Poster Shop |
| 2 | YangPeng-us |
| 3 | Chen Zhen small shop |
| 4 | neimengguqingyijianzhuyouxiangongsi |
| 5 | huairenshishanquyangzhinongchang |
| 6 | jinchengshihongyuanjienenghuanbaokejiyouxiangongsi |
| 7 | 义乌市奎谬电子商务商行 |
| 8 | wall art decor 10086 |
| 9 | tianjinbangteyunshugufenyouxiangongsi |
| 10 | DeQiangQiChe |
| 11 | Wayne EStore |
| 12 | zhengguodianzishangewudian |
| 13 | jiangxianxinlijixieshebeizhizaochang |
| 14 | datongshiyungangqulongtongwuliuyouxiangongsi |
| 15 | yunchengshichengyunqichexiaoshoufuwuyouxiangongsi |
| 16 | shanxizhongtaijixieshebeiyouxiangongsi |
| 17 | lidongf |
| 18 | Shao Xia Poster1991 |
| 19 | ziboluyanjichugongchengyouxiangongsi |
| 20 | zhongshanshishunjiuzhaomingkejiyouxiangongsi |
| 21 | AnYangFuKuoJianZhuLaoWuFenBao |
| 22 | MO FASAYEI |

| 23 | wweiso |
| --- | --- |
| 24 | datongshibaochangzhuangshigongchengyouxiangongsi |
| 25 | hongdongxianchiruixiangqimaoyouxiangongsi |
| 26 | guizhoujieyuangongmaoyouxiangongsi001 |
| 27 | 范书柜收纳 |
| 28 | zhengzhousaminshangmaoyouxiangongsi |
| 29 | hefeiyijihuadianzishangwuyouxiangongsi |
| 30 | AEJHU1P5P |