**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HOLLY DENISE SIMENTAL,

     Plaintiff,                                Case No.: 1:26-cv-01829

v.                                       Judge Jeremy C. Daniel

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Beth W. Jantz
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

<u>**AMENDED SCHEDULE A TO COMPLAINT**</u>

| No. | Defendant |
|-----|-----------|
| 1 | American Standard Poster Shop |

1