✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.                DATE FILED<br>1:26-cv-01829                2/19/26 | United Stated District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Holly Denise Simental | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | B. Irizaarry | 6/3/2026 |

**DISTRIBUTION:**
1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court            5) Case File Copy

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Holly Denise Simental

        Plaintiff,

v.
        Case No.:
        1:26–cv–01829
        Honorable Jeremy C. Daniel

The Partnerships and Unincorporated Associations
Identified on Schedule A

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 2, 2026:

      MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to the Notice of Voluntary Dismissal [14], this case is dismissed without prejudice. Civil case terminated. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ B. IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 3, 2026

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-198-257

**Effective Date of Registration:**
February 24, 2020
**Registration Decision Date:**
April 01, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | Morning Fox |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | July 14, 2018 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Holly Denise Simental |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1976 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Holly Denise Simental |
| | 14240 Chamy Dr, Reno, NV, 89521, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Holly Denise Simental |
| **Email:** | mamakikis.etsy.com@gmail.com |

## Certification

| | |
|---|---|
| **Name:** | Holly Denise Simental |
| **Date:** | February 24, 2020 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-220-985

**Effective Date of Registration:**
August 15, 2020
**Registration Decision Date:**
October 29, 2020

---

## Title

Title of Work: Llama Latte

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: May 24, 2020
Nation of 1st Publication: United States

## Author

- Author: Holly Denise Simental
  Author Created: 2-D artwork
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1976

## Copyright Claimant

Copyright Claimant: Holly Denise Simental
14240 Chamy Dr, Reno, NV, 89521, United States

## Rights and Permissions

Name: Holly Denise Simental
Email: mamakikis.etsy.com@gmail.com
Telephone: (775)544-7311
Address: 14240 Chamy Dr
Reno, NV 89521 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-287-940

**Effective Date of Registration:**
January 19, 2022
**Registration Decision Date:**
February 23, 2022

## Title

Title of Work: Lounge In The Sun

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: January 04, 2019
Nation of 1st Publication: United States

## Author

- Author: Holly Denise Simental
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Holly Denise Simental
14240 Chamy Dr, Reno, NV, 89521, United States

## Rights and Permissions

Name: Holly Denise Simental
Email: mamakikis.etsy.com@gmail.com
Telephone: (775)544-7311
Address: 14240 Chamy Dr
Reno, NV 89521 United States

## Certification

Name: Holly Denise Simental
Date: January 19, 2022

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-452-379

**Effective Date of Registration:**
November 19, 2021
**Registration Decision Date:**
January 03, 2022

---

## Title
 

    **Title of Work:**   Top of the Morning

## Completion/Publication
 

    **Year of Completion:**   2021

## Author
 

-     **Author:**   Holly Denise Simental
      **Author Created:**   2-D artwork
      **Citizen of:**   United States
      **Domiciled in:**   United States
      **Year Born:**   1976

## Copyright Claimant
 

    **Copyright Claimant:**   Holly Denise Simental
    14240 Chamy Dr, Reno, NV, 89521, United States

## Rights and Permissions
 

    **Name:**   Holly Denise Simental
    **Email:**   mamakikis.etsy.com@gmail.com
    **Telephone:**   (775)544-7311
    **Address:**   14240 Chamy Dr
    Reno, NV 89521 United States

## Certification
 

    **Name:**   Holly Simental
    **Date:**   November 19, 2021

